**United States District Court**
For the Northern District of California

1

2          **\*E-FILED:  August 14, 2012\***

3

4

5

6

7                    NOT FOR CITATION

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12   UNITED STATES OF AMERICA FOR THE          No. C12-00246 HRL
     USE AND BENEFIT OF S&W
13   CONSTRUCTION and S&W
     CONSTRUCTION,                             **ORDER TO SHOW CAUSE RE
14                                             SETTLEMENT**
            Plaintiff,

15      v.

16   ALLIED INDUSTRIES, INC.; and AMERICAN
     SAFETY CASUALTY INSURANCE
17   COMPANY,

18          Defendants.
     _____/
19

20          The court is informed that this case has settled.  Accordingly, all pretrial and trial dates

21   are vacated.

22          **On or before September 28, 2012**, the parties shall file a stipulated dismissal pursuant

23   to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, the parties shall appear

24   in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose,

25   California on **October 9, 2012, 10:00 a.m.** and show cause, if any, why the case should not be

26   dismissed pursuant to Fed. R. Civ. P. 41(a).  The parties shall file a statement in response to this

27   Order to Show Cause **no later than October 2, 2012**.  The joint statement shall state

28

(1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a stipulated dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a joint statement in response to this Order.

SO ORDERED.

Dated: August 14, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

5:12-cv-00246-HRL Notice has been electronically mailed to:

Anthony P. Fritz     a.fritz@herrigvogt.com, j.burris@herrigvogt.com

Melinda Moore     mgm@gfsacto.com, smaxey@gfsacto.com

Counsel are required to distribute copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California