*E-FILED: August 14, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF S&W CONSTRUCTION and S&W CONSTRUCTION,<br><br>  Plaintiff,<br><br>v.<br><br>ALLIED INDUSTRIES, INC.; and AMERICAN SAFETY CASUALTY INSURANCE COMPANY,<br><br>  Defendants. | No. C12-00246 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that this case has settled. Accordingly, all pretrial and trial dates are vacated.

**On or before September 28, 2012**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **October 9, 2012, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than October 2, 2012**. The joint statement shall state

1  (1) the status of the activities of the parties in finalizing settlement; and (2) how much
2  additional time, if any, is requested to finalize the settlement and file the dismissal.  If a
3  stipulated dismissal is filed as ordered, the Order to Show Cause hearing will be automatically
4  vacated and the parties need not file a joint statement in response to this Order.
5      SO ORDERED.
6  Dated: August 14, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-00246-HRL Notice has been electronically mailed to:

Anthony P. Fritz    a.fritz@herrigvogt.com, j.burris@herrigvogt.com

Melinda Moore    mgm@gfsacto.com, smaxey@gfsacto.com

Counsel are required to distribute copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.