Melinda Guzman, SBN: 137678
MELINDA GUZMAN PROFESSIONAL CORPORATION
777 12th Street, Suite 250
Sacramento, CA 95814
Tele: (916) 448-0448; Fax: (916) 448-8628
E-MAIL: mgm@gfsacto.com

Attorney for Defendants
Allied Industries, Inc. and
American Safety Casualty Insurance Company

FILED

SEP 26 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF S & W CONSTRUCTION and S & W CONSTRUCTION,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED INDUSTRIES, INC.; and AMERICAN SAFETY CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Case No. C12-00246 HRL<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

Pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(ii), Plaintiff UNITED STATES OF AMERICA FOR USE AND BENEFIT OF S & W CONSTRUCTION and S & W CONSTRUCTION, on the one hand, and ALLIED INDUSTRIES, INC.; and AMERICAN SAFETY CASUALTY INSURANCE COMPANY on the other, being all parties who have entered an appearance in the above referenced action, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice to refilling, except that this Court will retain jurisdiction to enforce or interpret the terms of the Settlement Agreement and Full and Mutual Release entered by and

1  between the parties in this proceeding and may make and enter any order in that regard.

3  Date:  August 1, 2012                     **MELINDA GUZMAN PROFESSIONAL CORPORATION**

                                             By:  /s/ Melinda Guzman
                                                  MELINDA GUZMAN
                                                  Attorney for ALLIED INDUSTRIES, INC. and
                                                  AMERICAN SAFETY CASUALTY
                                                  INSURANCE COMPANY

10 Dated: August 20, 2012                    **HERRIG & VOGT, LLP**

                                             By: _____
                                                 ANTHONY FRITZ
                                                 Attorney for S&W CONSTRUCTION

PURSUANT TO STIPULATION, IT IS SO ORDERED. THE COURT WILL RETAIN JURISDICTION TO ENFORCE OR INTERPRET THE TERMS OF THE PARTIES SETTLEMENT AGREEMENT AND FULL AND MUTUAL RELEASE.

IT IS SO ORDERED:

HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE
DATE: 9/26/12

STIPULATION FOR DISMISSAL

2